UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOLANDI NICOLE KENNEDY and MARVIN LEVY, individually and as representatives of the Estate of Meaghan Levy, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:16-CV-0065-B |
| OXYSURE SYSTEMS, INC., et al., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Judgment is entered pursuant to the Court's Memorandum Opinion and Order (Doc. 23) granting Plaintiffs' Motion to Remand. Because it lacks subject-matter jurisdiction over the case, the Court **ORDERS** that this case be remanded back to the 162nd Judicial District Court of Dallas County.

SO ORDERED.

SIGNED: June 28, 2016.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

- 1 -